OPINION — AG — QUESTION: IS SAID BILL "NO PERSON SHALL BE ALLOWED TO BECOME A CANDIDATE FOR ELECTION TO THE STATE LEGISLATURE UNLESS HE SHALL HAVE BEEN A REGISTERED VOTER IN THE DISTRICT FROM WHICH HE SEEKS OFFICE, FOR AT LEAST SIX MONTHS PRIOR TO THE OPENING DAY SET FOR THE FILING PERIOD FOR THAT OFFICE." ANSWER: HOUSE BILL NO. 926, AS AMENDED, DATED MARCH 23, 1965, WOULD BE UNCONSTITUTIONAL IF ENACTED. CITE: ARTICLE V, SECTION 17, (HARVEY H. CODY)